AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2015 AUG 12 AM 8:55

CLERK-LAS CRUCES

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Antonio Eduardo VALIENTE-Alvarado | ) ) ) ) | Case No: 15-2806 MJ |
| Defendant(s) | ) | |

Lam
8-12-15

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>August 10, 2015</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1326(a)(1),(2)(Re-Entry After Deport)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On August 10, 2015, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. When questioned as to his citizenship the Defendant admitted to being a citizen of El Salvador without authorization to enter or remain in the United States. Record checks revealed that the Defendant had been previously deported to El Salvador via Phoenix, Arizona on January 12, 2015. There is no evidence that the Defendant received permission from the Appropriate Authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

_____
Complainant's signature

Miguel Uvina  BORDER PATROL AGENT
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: August 12, 2015

_____
Judge's signature

LOURDES A. MARTINEZ
U.S. MAGISTRATE JUDGE

City and state: Las Cruces, N.M.

Printed name and title