UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE LOURDES A. MARTINEZ**

CRIMINAL CLERK'S MINUTES at Las Cruces

CASE NUMBER: **15-2806 MJ**     DATE: **8/12/15**     TAPE NUMBER: **LCR SIERRA BLANCA**

CLERK: **V. DELGADO**     TYPE OF HEARING: **INITIAL/DETENTION**

| DEFENDANT(S): | ATTORNEY(S): | Appt'd | Ret'd. |
|---|---|---|---|
| **EDUARDO VALIENTE-ALVARADO** True Name: **EDUARDO ANTONIO VALIENTE-ALVARADO** | **PETER EDWARDS, FPD STANDING IN** | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

USA by **MARK SALTMAN**, Asst. U. S. Attorney     Interpreter: **CHRISTOPHER GRIFFIN**

Pretrial Officer present: **SAM ROMERO**     Court in Session: **8:30 a.m.-8:35; 8:43-8:47 (1 MIN)**

☒     Agent sworn in

☒     Court questions Defendant regarding his/her physical and mental conditions, age, education

☒     Court advises defendant(s) of possible penalties

☒     Court advises defendant(s) of all constitutional rights

☒     ORAL Motion for detention Hearing by Government

☐     Court grants Government's  ☐  Defense  ☐  oral motion to continue detention hearing

☐     Waiver of preliminary hearing & right to grand jury presentment filed in open court

☒     Defendant(s) in custody

☒     Defendant(s) detained without bond as: Risk of Flight ☒     Danger to Community ☐

☐     Conditions of Release set at:

☐     Other: