```
                                              FILED
                                        U.S. DISTRICT COURT
                                       DISTRICT OF NEW MEXICO
         IN THE UNITED STATES DISTRICT COURT
                                        2015 SEP 11  PM 12: 56
            FOR THE DISTRICT OF NEW MEXICO
                                           CLERK-LAS CRUCES
```

UNITED STATES OF AMERICA,             )
                                      )
    Plaintiff,                        )   CRIMINAL NO. 15-3232RB
                                      )
vs.   Alvarado-Valiente                )   8 U.S.C. §§ 1326(a) and (b):
                                      )   Re-entry of a Removed Alien.
EDUARDO ANTONIO ~~VALIENTE-~~         )
~~ALVARADO,~~                          )
                                      )

    Defendant.

## INFORMATION

The United States Attorney charges:

On or about August 10, 2015, the defendant, **EDUARDO ANTONIO VALIENTE-ALVARADO**, an alien, knowingly reentered, attempted to reenter, and was found in the United States, in Doña Ana County, in the District of New Mexico, contrary to law in that the defendant had been previously deported, excluded and removed and departed the United States on or about January 12, 2015, while an Order of Exclusion, Deportation and Removal was outstanding, and the defendant had not obtained the express consent of the Secretary for Homeland Security to reapply for admission into the United States.

    In violation of 8 U.S.C. §§ 1326(a) and (b).

                                                 DAMON P. MARTINEZ
                                                 United States Attorney

                                                 RANDY M. CASTELLANO
                                                 Assistant U.S. Attorney
                                                 555 S. Telshor Blvd., Suite 300
                                                 Las Cruces, NM 88011
                                                 (575) 522-2304