# United States District Court, District of New Mexico
## Sentencing Minute Sheet

| | | | |
|---|---|---|---|
| CR No. | **15-3232 RB** | USA vs. | **ALVARADO-VALIENTE** |
| Date: | **10/01/2015** | Name of Deft: | **EDUARDO ANTONIO ALVARADO-VALIENTE** |
| | Before the Honorable | **ROBERT C. BRACK, UNITED STATES DISTRICT JUDGE** | |

| | | | |
|---|---|---|---|
| Time In/Out: | **9:41 A.M. – 9:42 A.M.** | Total Time in Court (for JS10): | **1 MINUTE** |
| Clerk: | **JESSICA CHAVEZ** | Court Reporter: | **VANESSA ALYCE** |
| AUSA: | **SARAH DAVENPORT** | Defendant's Counsel: | **DENNIS CANDELARIA FOR NIA RUCKER** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **CHRIS GRIFFIN** |
| Probation Officer: | **MELISSA CORELLA** | Sworn? | X  Yes     No |
| Convicted on: | Plea / Verdict | As to: | Information / Indictment |
| If Plea: | Accepted / Not Accepted | Adjudged/Found Guilty on Counts: | |
| If Plea Agreement: | Accepted / Not Accepted | **No Plea Agreement** | Comments: |
| Date of Plea/Verdict: | | PSR: | Not Disputed / Disputed |
| PSR: | Court Adopts PSR Findings | Evidentiary Hearing: | Not Needed / Needed |
| Exceptions to PSR: | | | |

## SENTENCE IMPOSED    Imprisonment (BOP):

| | | | |
|---|---|---|---|
| Supervised Release: | | Probation: | 500-Hour Drug Program |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| No re-entry without legal authorization | Home confinement for _____ months _____ days |
| Comply with ICE laws and regulations | Community service for _____ months _____ days |
| Part in/success complete subst abuse program/testing | Reside halfway house _____ months _____ days |
| Part in/success complete mental health program | Register as sex offender |
| Refrain from use/possession of alcohol/intoxicants | Participate in sex offender treatment program |
| Submit to search of person/property | Possess no sexual material |
| No contact with co-defendant and co-conspirators | No computer with access to online services |
| No entering, or loitering near, victim=s residence | No contact with children under 18 years |

OTHER:

| | | | |
|---|---|---|---|
| Fine: $ | | Restitution: $ | |
| SPA: $ | | Payment Schedule: | Due Imm. / Waived |

OTHER:

| | | |
|---|---|---|
| | Advised of Right to Appeal | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | Voluntary Surrender |
| | Recommended place(s) of incarceration: | |
| | Dismissed Counts: | |
| OTHER COMMENTS | ***MR. CANDELARIA ON BEHALF OF MS. RUCKER REQUESTS A CONTINUANCE OF SENTENCING HEARING; DEFENDANT'S FAMILY HAS HIRED AN IMMIGRATION ATTORNEY. GOVERNMENT HAS NO OBJECTION.  COURT CONTINUES SENTENCING HEARING; MATTER TO BE RESET.** | |