# United States District Court, District of New Mexico
## Sentencing Minute Sheet

| | | | |
|---|---|---|---|
| CR No. | **15-3232 RB** | USA vs. | **ALVARADO—VALIENTE** |
| Date: | **10/20/2015** | Name of Deft: | **EDUARDO ANTONIO ALVARADO-VALIENTE** |
| | Before the Honorable | **ROBERT C. BRACK, UNITED STATES DISTRICT JUDGE** | |

| | | | |
|---|---|---|---|
| Time In/Out: | **10:00 A.M. - 10:08 A.M.** | Total Time in Court (for JS10): | **8 MINUTES** |
| Clerk: | **JESSICA CHAVEZ** | Court Reporter: | **VANESSA ALYCE** |
| AUSA: | **AARON JORDAN** | Defendant's Counsel: | **NIA RUCKER** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **CHRIS GRIFFIN** |
| Probation Officer: | **TERESSA RAY** | Sworn? | **X** Yes ☐ No |

| Convicted on: | **X** Plea | ☐ Verdict | As to: | **X** Information | ☐ Indictment |
|---|---|---|---|---|---|
| If Plea: | **X** Accepted | ☐ Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | ☐ Accepted | ☐ Not Accepted | **X** No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | **9/11/2015** | | PSR: | **X** Not Disputed | ☐ Disputed |
| PSR: | **X** Court Adopts PSR Findings | | Evidentiary Hearing: | **X** Not Needed | ☐ Needed |
| Exceptions to PSR: | | | | | |

### SENTENCE IMPOSED

Imprisonment (BOP): **72 DAYS OR TIME SERVED, WHICH EVER IS LESS**

| Supervised Release: | | Probation: | | 500-Hour Drug Program |
|---|---|---|---|---|
| **X** Court recommends ICE begin removal proceedings immediately or during service of sentence | | | | ☐ ICE not applicable |

#### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☐ | No re-entry without legal authorization | ☐ | Home confinement for _____ months _____ days |
| ☐ | Comply with ICE laws and regulations | ☐ | Community service for _____ months _____ days |
| ☐ | Part in/success complete subst abuse program/testing | ☐ | Reside halfway house _____ months _____ days |
| ☐ | Part in/success complete mental health program | ☐ | Register as sex offender |
| ☐ | Refrain from use/possession of alcohol/intoxicants | ☐ | Participate in sex offender treatment program |
| ☐ | Submit to search of person/property | ☐ | Possess no sexual material |
| ☐ | No contact with co-defendant and co-conspirators | ☐ | No computer with access to online services |
| ☐ | No entering, or loitering near, victim=s residence | ☐ | No contact with children under 18 years |
| ☐ | Provide financial information | ☐ | No volunteering where children supervised |

OTHER:

| | | | | | |
|---|---|---|---|---|---|
| Fine: | $ | | Restitution: | $ | |
| SPA: | $ **WAIVED** | | Payment Schedule: | ☐ Due Imm. | **X** Waived |

OTHER:

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | ☐ | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | ☐ | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |
| | OTHER COMMENTS | | |